■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WOODROW WILSON, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County (Lombardo, J.), rendered October 26, 1981, convicting him of robbery in the second degree, upon a jury verdict, and imposing sentence.

Judgment affirmed.

The defendant's contention, raised for the first time on appeal, that the trial court erred in permitting the prosecutrix to cross-examine his alibi witness concerning the latter's pretrial silence, without a proper foundation having been laid, and without a limiting instruction (see *People v Dawson,* 50 NY2d 311), has not been preserved for our review (*People v Rossman,* 95 AD2d 873). Under the circumstances presented herein, most noteworthy of which is the certainty of the complainants' identification of defendant as one of the perpetrators of the robbery (cf. *People v Orse,* 91 AD2d 1003), we decline to exercise our interest of justice jurisdiction (see *People v Walker,* 104 AD2d 573).

We have considered defendant's remaining contentions and find them to be either unpreserved or lacking in merit. Lazer, J. P., Thompson, Niehoff and Rubin, JJ., concur.